Argued April 3, reversed April 9, objections to cross-bill allowed June 4, 1929.

## H. MAIZELS *v.* SAM A. KOZER, SECRETARY OF STATE.

(276 Pac. 277.)

For appellant there was a brief over the names of *Mr. I. H. Van Winkle,* Attorney General, with an oral argument by *Mr. J. B. Hosford,* Assistant Attorney General.

For respondent there was a brief and oral argument by *Mr. B. W. Macy.*

PER CURIAM.—This case arose in a controversy between two merchants over a trademark. The Hon. Sam A. Kozer, then Secretary of State, directed a cancellation of plaintiff's trademark because, in his opinion, it was an infringement of a trademark to which A. Volchok, the other merchant, was entitled. Plaintiff sued out a writ of review. The writ was not served on the opposing party to the proceeding before the Secretary of State, to wit: A. Volchok. For this reason the Circuit Court was without juris-

diction to entertain the case: Or. L., § 609; *Williams* v. *Henry*, 70 Or. 466, 468 (142 Pac. 337).

The judgment of the Circuit Court is reversed and proceedings dismissed.    REVERSED AND DISMISSED.